**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7066**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ZAFAR AZIZ,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge. (CR-
92-341-S)

———————

Submitted:  September 30, 1998          Decided:  October 21, 1998

———————

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Zafar Aziz, Appellant Pro Se.  Richard Charles Kay, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Zafar Aziz appeals from the district court's orders denying his motions for a reduction in his sentence and for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Aziz, No. CR-92-341-S (D. Md. June 10, 1998; June 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED